IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC § § | | |
| Plaintiff, § § | Case No: 2:16-cv-00450-JRG | |
| vs. § § | LEAD CASE | |
| CITIBANK, NA § § | | |
| Defendant. § § | | |
| SYMBOLOGY INNOVATIONS, LLC § § | | |
| Plaintiff, § § | Case No: 2:16-cv-00446-JRG | |
| vs. § § | CONSOLIDATED CASE | |
| JPMORGAN CHASE BANK NA § § | | |
| Defendant. § § | | |

**UNOPPOSED MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff Symbology Innovations, LLC ("Symbology") hereby notifies the Court it and Defendant JPMorgan Chase Bank NA ("Chase") have reached an agreement in principle that will resolve all pending claims between them.  Accordingly, Symbology files this motion for a stay of all pending deadlines, until and including July 18, 2016, so that the parties may finalize their agreement and submit dismissal papers accordingly.  This stay is not sought for the purpose of delay but so that justice may be served.

Dated: June 16, 2016                          Respectfully submitted,

          */s/ Jay Johnson*
          **JAY JOHNSON**
          State Bar No. 24067322
          **BRAD KIZZIA**
          State Bar No. 11547550
          **ANTHONY RICCIARDELLI**
          State Bar No. 24070493
          **KIZZIA JOHNSON PLLC**
          1910 Pacific Ave., Suite 13000
          Dallas, Texas 75201
          (214) 451-0164
          Fax: (214) 451-0165
          jay@kjpllc.com
          bkizzia@kjpllc.com
          anthony@kjpllc.com

          **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

The undersigned counsel for Plaintiff Symbology certifies that he met and conferred with counsel for Defendant on June 16, 2016 and that Defendant's counsel agrees with this motion.

          */s/ Jay Johnson*
          Jay Johnson

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on June 16, 2016.

          */s/ Jay Johnson*
          Jay Johnson