### IN THE UNITED STATED DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC | § § | |
| Plaintiff, | § § | Case No: 2:16-cv-00450-RWS |
| vs. | § § | LEAD CASE |
| CITIBANK N.A. | § § | |
| Defendant. | § § | |
| _____ | § | |

**UNOPPOSED MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff Symbology Innovations, LLC ("Symbology") hereby notifies the Court it and Defendant Citibank N.A. have reached an agreement in principle with Defendant's Indemnitor that will resolve all pending claims between them.  Accordingly, Symbology files this unopposed motion for a stay of all pending deadlines, until and including August 18, 2016, so that the parties may finalize their agreement and submit dismissal papers accordingly.  This stay is not sought for the purpose of delay but so that justice may be served.

Dated: July 19, 2016

Respectfully submitted,

*/s/ Jay Johnson*
**JAY JOHNSON**
State Bar No. 24067322
**BRAD KIZZIA**
State Bar No. 11547550
**ANTHONY RICCIARDELLI**
State Bar No. 24070493
**KIZZIA JOHNSON PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com
anthony@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

The undersigned counsel for Plaintiff Symbology Innovations, LLC certifies that he met and conferred with counsel for Defendants on July 19, 2016 and that Defendant's counsel agrees with this motion.

*/s/ Jay Johnson*
Jay Johnson

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on July 19, 2016.

*/s/* Jay Johnson
Jay Johnson