IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLY INNOVATIONS, LLC | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Case No. 2:16-CV-000450-JRG |
| | § | Lead & Consolidated Case |
| CITIBANK, N.A. | § | |
| | § | |
| Defendant | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On this date, the Court considered Plaintiff Symbology Innovations, LLC's motion to dismiss without prejudice Defendant Citibank, N.A. (Dkt. No. 77) pursuant to Fed. R. Civ. P. 41(a).

Therefore, IT IS ORDERED that Plaintiff's claims against Defendant Citibank, N.A. are dismissed without prejudice.

SO ORDERED

**So ORDERED and SIGNED this 22nd day of August, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE