IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC | § | |
| Plaintiff, | § | |
| vs. | § | Case No: 2:16-cv-450-JRG |
| CITIBANK N.A. | § | |
| Defendant. | § | |
| SYMBOLOGY INNOVATIONS, LLC | § | |
| Plaintiff, | § | |
| vs. | § | Case No: 2:15-cv-598-JRG |
| FALCON SAFETY PRODUCTS, INC. | § | |
| Defendant. | § | |

**OPPOSED MOTION TO DISMISS FALCON SAFETY PRODUCTS, INC. WITHOUT PREJUDICE**

Plaintiff Symbology Innovations, LLC hereby moves to dismiss this civil action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiff notes that Defendant has filed neither an answer nor a motion for summary judgment.

Wherefore, Plaintiff requests that the Court dismiss Plaintiff's claims without prejudice.

Dated: August 24, 2016					Respectfully submitted,

					*/s/ Jay Johnson*
					**JAY JOHNSON**
					State Bar No. 24067322
					**BRAD KIZZIA**
					State Bar No. 11547550
					**ANTHONY RICCIARDELLI**
					State Bar No. 24070493
					**KIZZIA JOHNSON PLLC**
					1910 Pacific Ave., Suite 13000
					Dallas, TX 75201
					(214) 451-0164
					Fax: (214) 451-0165
					jay@kjpllc.com
					bkizzia@kjpllc.com
					anthony@kjpllc.com

					**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on August 24, 2016.

					*/s/ Jay Johnson*
					Jay Johnson