IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYMBOLY INNOVATIONS, LLC § § Plaintiff, § § vs. § Case No: 2:16-cv-450-JRG § CITIBANK N.A. § § Defendant. § § SYMBOLOGY INNOVATIONS, LLC § § Plaintiff, § § vs. § Case No: 2:15-cv-598-JRG § FALCON SAFETY PRODUCTS, INC. § § Defendant. § | |

### UNOPPOSED MOTION TO DISMISS FALCON SAFETY PRODUCTS, INC. WITHOUT PREJUDICE

Plaintiff Symbology Innovations, LLC hereby moves to dismiss this civil action without prejudice pursuant to Fed. R. Civ. P. 41(a). Plaintiff notes that Defendant has filed neither an answer nor a motion for summary judgment.

Wherefore, Plaintiff requests that the Court dismiss Plaintiff's claims without prejudice.

Dated: August 24, 2016                                      Respectfully submitted,

                                      */s/ Jay Johnson*
                                      **JAY JOHNSON**
                                      State Bar No. 24067322
                                      **BRAD KIZZIA**
                                      State Bar No. 11547550
                                      **ANTHONY RICCIARDELLI**
                                      State Bar No. 24070493
                                      **KIZZIA JOHNSON PLLC**
                                      1910 Pacific Ave., Suite 13000
                                      Dallas, TX 75201
                                      (214) 451-0164
                                      Fax: (214) 451-0165
                                      jay@kjpllc.com
                                      bkizzia@kjpllc.com
                                      anthony@kjpllc.com

                                      **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on August 24, 2016, he met and conferred with counsel for Defendant concerning this motion and that Defendant's counsel agreed to the motion.

                                      */s/ Jay Johnson*
                                      Jay Johnson

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on August 24, 2016.

                                      */s/ Jay Johnson*
                                      Jay Johnson