IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC | § § | |
| Plaintiff, | § § | Case No: 2:16-cv-00450-JRG |
| vs. | § § | LEAD CASE |
| CITIBANK N.A. | § § | |
| Defendant. | § § | |
| SYMBOLOGY INNOVATIONS, LLC | § § | |
| Plaintiff, | § § | Case No: 2:16-cv-00601-JRG |
| vs. | § § | CONSOLIDATED CASE |
| PIONEER ELECTRONICS (USA), INC. | § § | |
| Defendant. | § § | |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Symbology Innovations, LLC ("Plaintiff") and Defendant Pioneer Electronics (USA), Inc. ("Defendant") have resolved Plaintiff's claims for relief against Defendant asserted in this case.

NOW, THEREFORE, Plaintiff and Defendant through their attorneys of record request this Court to dismiss Plaintiff's claims for relief against Defendant with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring the same.

Dated September 1, 2016

Respectfully submitted,                                    Respectfully submitted,

/s/ Jay Johnson                                            /s/ Daniel Foster
Jay Johnson                                                Daniel R. Foster
State Bar No. 24067322                                     McDermott Will & Emery – Irvine
Brad Kizzia                                                4 Park Plaza
State Bar No. 11547550                                     Suite 1700
**KIZZIA JOHNSON PLLC**                                    Irvine, CA 92614-2559
1910 Pacific Ave., Suite 13000                             (949) 757-7103
Dallas, TX 75201                                           Fax: (949) 851-9348
(214) 451-0164                                             dfoster@mwe.com
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com                                         **ATTORNEY PIONEER ELECTRONICS (USA), INC.**

**ATTORNEYS FOR PLAINTIFF SYMBOLOGY INNOVATIONS, LLC**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on September 1, 2016 he met and conferred with counsel for Defendant concerning this motion and that Defendant's counsel agreed to the motion.

/s/ Jay Johnson
Jay Johnson

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 1, 2016.

/s/ Jay Johnson
Jay Johnson