IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYMBOLY INNOVATIONS, LLC § § Plaintiff, § § vs. § § CITIBANK, NA § § Defendant. § | Case No: 2:16-cv-0450-JRG LEAD CASE |
| SYMBOLOGY INNOVATIONS, LLC § § Plaintiff, § § vs. § § ACTIONTEC ELECTRONICS, INC. § § Defendant. § | Case No: 2:16-cv-0596-JRG CONSOLIDATED CASE |

### JOINT MOTION TO DISMISS ACTIONTEC ELECTRONICS WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Symbology Innovations, LLC ("Symbology") files this "Joint Motion to Dismiss Defendant Actiontec Electronics ("Actiontec") With Prejudice. All claims between the parties have been resolved.

Wherefore, Symbology moves this Court to dismiss all claims by Symbology Innovations, LLC against Actionec with prejudice and all claims by Actiontec against Symbology Innovations as moot, with each party to bear its own costs, attorney's fees, and expenses, and further requests that the Court enter the proposed order of dismissal submitted herewith.

Dated: September 7, 2016						Respectfully submitted,

/s/ Jay Johnson
**JAY JOHNSON**
State Bar No. 24067322
**BRAD KIZZIA**
State Bar No. 11547550
**KIZZIA JOHNSON PLLC**
1910 Pacific Ave.
Suite 13000
Dallas, TX 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**

/s/ Ricardo J. Bonilla
**RICARDO J. BONILLA**
**DAVID BRANDON CONRAD**
**NEIL J MCNABNAY**
**THERSA MARIE DAWSON**
Fish & Richardson P.C. - Dallas
1717 Main Street, Suite 5000
Dallas, TX 75201
214-747-5070
Fax: 214-747-2091
conrad@fr.com
mcnabnay@fr.com
rbonilla@fr.com
tdawson@fr.com

**ATTORNEYS FOR DEFENDANT**
**ACTIONTEC ELECTONICS, INC.**

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 7, 2016.

/s/ Jay Johnson
Jay Johnson