## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

|  |  |  |
|---|---|---|
| **SYMBOLOGY INNOVATIONS, LLC,** | ) | |
| | ) | |
| Plaintiff**,** | ) | Case No. 2:16-cv-00450-JRG |
| | ) | |
| **v.** | ) | LEAD CASE |
| | ) | |
| **CITIBANK, N.A.,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

COME NOW, Plaintiff Symbology Innovations, LLC and Defendant Bank of America, N.A. and file this Joint Motion to Stay All Deadlines and Notice of Settlement. Symbology Innovations, LLC and Bank of America, N.A. hereby notify the Court that all causes of action asserted in this case between Symbology Innovations, LLC and Bank of America, N.A. have been resolved, in principle.  The parties request that the Court stay all unreached case deadlines applicable between Symbology Innovations, LLC and Bank of America, N.A. for thirty (30) days to allow the parties time to execute the appropriate dismissal papers.

Dated: September 28, 2016        Respectfully submitted by,

*/s/ Jay Johnson, with permission by*
*Michael E. Jones*
**JAY JOHNSON**
State Bar No. 24067322
**BRAD KIZZIA**
State Bar No. 11547550
**ANTHONY RICCIARDELLI**

{A07/10096/0001/W1440269.1 }

State Bar No. 24070493
**KIZZIA JOHNSON PLLC**
1910 Pacific Ave., Suite 13000
Dallas, TX 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com
anthony@kjpllc.com
**ATTORNEYS FOR PLAINTIFF**

*/s/ Michael E. Jones*

Kevin J. Culligan (*pro hac vice*)
John P. Hanish (*pro hac vice*)
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel:  (212) 813-8800
kculligan@goodwinlaw.com
jhanish@goodwinlaw.com

Michael E. Jones
State Bar No. 10929400
Daniel A. Noteware, Jr.
State Bar No. 24051123
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, Texas  75702
(903) 597-8311
(903) 593-0846 (Facsimile)
mikejones@potterminton.com
dannynoteware@potterminton.com

**ATTORNEYS FOR DEFENDANT**
**BANK OF AMERICA, N.A.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 28, 2016.

/s/ Michael E. Jones
Michael E. Jones