UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC,<br><br>        Plaintiff<br><br>v.<br><br>CITIBANK, N.A..<br><br>        Defendant. | Case No: 2:16-cv-0450-JRG<br><br>LEAD CASE |
| SYMBOLOGY INNOVATIONS, LLC,<br><br>        Plaintiff<br><br>v.<br><br>NETGEAR, INC.<br><br>        Defendant. | Case No. 2:16-CV-00600-JRG<br><br>CONSOLIDATED CASE |

**NETGEAR INC.'S NOTICE OF COMPLIANCE REGARDING INITIAL AND ADDITIONAL DISCLOSURES**

Pursuant to the Court's August 16, 2016 Amended Discovery Order (Dkt. 71) and August 16, 2016 Amended Docket Control Order (Dkt. 72) and Local Rule CV-26(c), Defendant NETGEAR, Inc. hereby provides this notice to the Court that it served its Initial and Additional Disclosures on Plaintiff's counsel of record via electronic mail on September 30, 2016.
.

September 30, 2016                         Respectfully submitted,


  /s/ *John P. Bovich*
John P. Bovich, *Pro Hac Vice* (Cal. SBN 150688)
Email:  jbovich@reedsmith.com
Jonah D. Mitchell, *Pro Hac Vice* (Cal. SBN 203511)
Email:  jmitchell@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105
Telephone:  +1 415 543 8700
Facsimile:  +1 415 391 8269

Michael J. Forbes
Texas Bar Number: 24074217
mforbes@reedsmith.com
REED SMITH LLP
811 Main Street, Suite 1700
Houston, TX 77002-6110
Telephone: (713) 469-3864
Facsimile: (713) 469-3899

Counsel for Defendant NETGEAR, Inc.

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 30, 2016.

.

By:  <i>/s/ John P. Bovich</i><br>
John P. Bovich