IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC | § | |
| Plaintiff | § § § | |
| v. | § § | Case No. 2:16-CV-000450-JRG
Lead Consolidated Case |
| CITIBANK, N.A. | § § § | |
| Defendant | § | |

## DEFENDANTS AT&T SERVICES, INC.'S AND AT&T MOBILITY LLC'S UNOPPOSED MOTION FOR BRIEF EXTENSION OF STAY OF ALL DEADLINES PENDING DOCUMENTATION OF SETTLEMENT

Defendants AT&T Services, Inc. and AT&T Mobility LLC (collectively, "AT&T") file this unopposed motion for a brief extension of the stay of all pending deadlines pending documentation of settlement. On September 1, AT&T notified the Court that the parties had reached an agreement in principle to settle all matters in controversy in this litigation. Subsequently, on September 1, the Court entered a stay of all deadlines up to and including October 3, 2016. Although the parties have exchanged several drafts of the settlement documentation, the agreement is not yet finalized. Accordingly, AT&T requests a brief additional extension of the stay of all deadlines up to and including October 7 so that the parties may finalize their agreement and submit the appropriate dismissal papers. This stay is not sought for the purpose of delay but so that justice may be served.

| | |
|---|---|
| Dated: October 3, 2016 | Respectfully submitted,<br><br>*/s/ Timothy S. Durst*<br>Timothy S. Durst<br>Lead Attorney<br>Texas Bar No. 00786924<br>tim.durst@bakerbotts.com<br>Brian D. Johnston<br>Texas Bar No. 24080965<br>brian.johnston@bakerbotts.com<br>**BAKER BOTTS L.L.P.**<br>2001 Ross Avenue, Suite 600<br>Dallas, Texas  75201-2980<br>Telephone: 214-953-6500<br>Facsimile: 214-953-6503<br><br><br>**ATTORNEYS FOR DEFENDANT AT&T MOBILITY, LLC AND AT&T SERVICES, INC.** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 3, 2016.

>	*/s/ Brian D. Johnston*
>	Brian D. Johnston