IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC | § | |
| | § | |
| Plaintiff, | § | Case No: 2:16-cv-00450-RWS |
| | § | |
| vs. | § | LEAD CASE |
| | § | |
| CITIBANK NA | § | |
| | § | |
| Defendant. | § | |
| SYMBOLOGY INNOVATIONS, LLC | § | |
| | § | |
| Plaintiff, | § | Case No: 2:16-cv-00594-RWS |
| | § | |
| vs. | § | CONSOLIDATED CASE |
| | § | |
| AT&T MOBILITY LLC et al | § | |
| | § | |
| Defendant. | § | |

**UNOPPOSED MOTION TO DISMISS AT&T DEFENDANTS WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Symbology Innovations, LLC ("Symbology") files this Unopposed Motion to Dismiss Defendants AT&T Mobility LLC and AT&T Services, Inc. ("AT&T Defendants") With Prejudice.

Wherefore, Symbology moves this Court to dismiss this action and all claims filed by Symbology against AT&T with prejudice, with each party to bear its own costs, attorney's fees, and expenses, and further requests that the Court enter the proposed order of dismissal submitted herewith.

Dated: October 5, 2016

Respectfully submitted,

*/s/ Jay Johnson*
**JAY JOHNSON**
State Bar No. 24067322
**BRAD KIZZIA**
State Bar No. 11547550
**KIZZIA JOHNSON PLLC**
1910 Pacific Ave.
Suite 13000
Dallas, TX 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that on October 4, 2016, he met and conferred with counsel for Defendant concerning this motion and that Defendant's counsel agreed to the motion.

*/s/ Jay Johnson*
Jay Johnson

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 5, 2016.

*/s/ Jay Johnson*
Jay Johnson