# IN THE UNITED STATED DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC § | | |
| § | | |
| Plaintiff, § | Case No: 2:16-cv-0450-JRG | |
| § | | |
| vs. § | LEAD CASE | |
| § | | |
| CITIBANK, NA § | | |
| § | | |
| Defendant. § | | |
| _____§ | | |
| SYMBOLOGY INNOVATIONS, LLC § | | |
| § | | |
| Plaintiff, § | Case No: 2:16-cv-0597-JRG | |
| § | | |
| vs. § | CONSOLIDATED CASE | |
| § | | |
| AUNTIE ANNE'S, LLC § | | |
| § | | |
| Defendant. § | | |
| _____§ | | |

## **UNOPPOSED MOTION TO DISMISS DEFENDANT AUNTIE ANNE'S, LLC WITH PREJUDICE**

Under Federal Rule of Civil Procedure 41(a) Symbology Innovations, LLC moves the Court to dismiss all claims by Symbology Innovations, LLC against Defendant Auntie Anne's, LLC with prejudice, and with each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| Dated: December 5, 2016 | Respectfully submitted, |

/s/ Jay Johnson
**JAY JOHNSON**
State Bar No. 24067322
**BRAD KIZZIA**
State Bar No. 11547550
**KIZZIA JOHNSON PLLC**
1910 Pacific Ave.
Suite 13000
Dallas, TX 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on December 5, 2016, he met and conferred with counsel for Defendant concerning this motion and that Defendant's counsel agreed to the motion.

/s/ Jay Johnson
Jay Johnson

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 5, 2016.

/s/ Jay Johnson
Jay Johnson