IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLY INNOVATIONS, LLC | § § | |
| Plaintiff, | § § | Case No: 2:16-cv-00450-RWS |
| vs. | § § | LEAD CASE |
| CITIBANK NA | § § | |
| Defendant. | § § | |
| SYMBOLOGY INNOVATIONS, LLC | § § | |
| Plaintiff, | § § | Case No: 2:16-cv-00447-RWS |
| vs. | § § | CONSOLIDATED CASE |
| HSBC BANK USA, NATIONAL ASSOCIATION | § § § | |
| Defendant. | § § | |

**UNOPPOSED MOTION TO DISMISS HSBC BANK USA, NATIONAL ASSOCIATION WITH PREJUDICE**

Under Federal Rule of Civil Procedure 41(a) Symbology Innovations, LLC moves the Court to dismiss all claims by Symbology Innovations, LLC against Defendant HSBC Bank USA, National Association with prejudice, and with each party to bear its own attorneys' fees and costs.

Dated: December 15, 2016

Respectfully submitted,

*/s/ Jay Johnson*
**JAY JOHNSON**
State Bar No. 24067322
**BRAD KIZZIA**
State Bar No. 11547550
**KIZZIA JOHNSON PLLC**
1910 Pacific Ave.
Suite 13000
Dallas, TX 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

The undersigned counsel for Plaintiff certifies that he met and conferred with counsel for Defendant on December 15, 2016 and that Defendant's counsel agrees with this motion.

*/s/ Jay Johnson*
Jay Johnson

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 15, 2016.

*/s/ Jay Johnson*
Jay Johnson