IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC | § § | |
| Plaintiff, | § § | Case No: 2:16-cv-00450-RWS |
| vs. | § § | LEAD CASE |
| CITIBANK NA | § § | |
| Defendant. | § § | |
| SYMBOLOGY INNOVATIONS, LLC | § § | |
| Plaintiff, | § § | Case No: 2:16-cv-00600-RWS |
| vs. | § § | CONSOLIDATED CASE |
| NETGEAR, INC. | § § | |
| Defendant. | § § | |

**UNOPPOSED MOTION TO AMEND ORDER DISMISSING CASE
TO A DISMISSAL WITH PREJUDICE**

The Court issued its Order Dismissing Case without prejudice ("Order") on November 30, 2016. Plaintiff Symbology Innovations, LLC hereby moves to amend the Order to a dismissal with prejudice.

Dated: January 20, 2017          Respectfully submitted,

           */s/ Jay Johnson*
           **JAY JOHNSON**
           State Bar No. 24067322
           **BRAD KIZZIA**
           State Bar No. 11547550
           **KIZZIA JOHNSON PLLC**
           1910 Pacific Ave., Suite 13000
           Dallas, TX 75201
           (214) 451-0164
           Fax: (214) 451-0165
           jay@kjpllc.com
           bkizzia@kjpllc.com

           **ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF CONFERENCE

The undersigned counsel for Plaintiff hereby certifies that on January 20, 2017 he met and conferred with counsel for Defendant regarding this motion and that Defendant's counsel agreed to the motion.

           /s/ Jay Johnson
           Jay Johnson

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on January 20, 2017.

           */s/ Jay Johnson*
           Jay Johnson