IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC § | | |
| § | | |
| Plaintiff, § | Case No: 2:16-cv-0450-JRG | |
| § | | |
| vs. § | LEAD CASE | |
| § | | |
| CITIBANK, NA § | | |
| § | | |
| Defendant. § | | |
| _____ § | | |
| SYMBOLOGY INNOVATIONS, LLC § | | |
| § | | |
| Plaintiff, § | Case No: 2:16-cv-0599-JRG | |
| § | | |
| vs. § | CONSOLIDATED CASE | |
| § | | |
| KWIKSET CORPORATION § | | |
| § | | |
| Defendant. § | | |
| _____ § | | |

## JOINT MOTION TO DISMISS

Under Federal Rule of Civil Procedure 41(a), Symbology Innovations, LLC ("SI") and Spectrum Brands, Inc. (that now wholly owns Kwikset Corporation, the entity originally named in this action) ("Spectrum/Kwikset") move to dismiss SI's claims against Spectrum/Kwikset with prejudice, and Spectrum/Kwikset's claims against SI without prejudice, with each party bearing its own attorneys' fees and costs.

| | |
|---|---|
| Dated: March 8, 2017 | Respectfully submitted, |
| */s/ Jay Johnson* | */s/ Allen F. Gardner* |
| Jay Johnson<br>State Bar No. 24067322<br>Brad Kizzia<br>State Bar No. 11547550<br>**KIZZIA JOHNSON PLLC**<br>1910 Pacific Ave., Suite 13000<br>Dallas, TX 75201<br>(214) 451-0164<br>Fax: (214) 451-0165<br>jay@kjpllc.com<br>bkizzia@kjpllc.com<br><br>**ATTORNEYS FOR PLAINTIFF SYMBOLOGY INNOVATIONS LLC** | **Allen Franklin Gardner**<br>Gillam & Smith LLP<br>102 N College, Suite 800<br>Tyler, TX 75702<br>903-934-8450<br>Fax: 903-934-9257<br>Email: allen@gillamsmithlaw.com<br><br>**ATTORNEY FOR KWIKSET CORPORATION** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 8, 2017.

                                                */s/* Jay Johnson
                                                Jay Johnson