IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC | § | |
| | § | |
| Plaintiff, | § | Case No: 2:16-cv-0450-JRG |
| | § | |
| vs. | § | LEAD CASE |
| | § | |
| CITIBANK, NA | § | |
| | § | |
| Defendant. | § | |
| | § | |
| SYMBOLOGY INNOVATIONS, LLC | § | |
| | § | |
| Plaintiff, | § | Case No: 2:16-cv-0599-JRG |
| | § | |
| vs. | § | CONSOLIDATED CASE |
| | § | |
| KWIKSET CORPORATION | § | |
| | § | |
| Defendant. | § | |

### ORDER OF DISMISSAL

Under Federal Rule of Civil Procedure 41(a), Symbology Innovations, LLC ("SI") and Spectrum Brands, Inc. (that now wholly owns Kwikset Corporation, the entity originally named in this action) ("Spectrum/Kwikset") moved to dismiss SI's claims against Spectrum/Kwikset with prejudice, and Spectrum/Kwikset's claims against SI without prejudice, with each party bearing its own attorneys' fees and costs.

After consideration of same, IT IS ORDERED that Plaintiff's claims against Defendant Spectrum Brands, Inc. and Kwikset Corporation are dismissed with prejudice, Spectrum Brands, Inc. and Kwikset Corporation's claims against Plaintiff are dismissed without prejudice, and each party shall bear its own fees and costs.

**So ORDERED and SIGNED this 9th day of March, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE